# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| GINOVANNI JOSEPH BRUMBELOW | ) | Case No. 3:25-MJ-00163 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* GINOVANNI JOSEPH BRUMBELOW,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Assault on a Federal Employee in Violation of 18 United States Code Section 111(a).

Date: June 16, 2025

*Issuing officer's signature* (via Telephone) Stacie F. Beckerman

City and state: Portland, OR

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 6/16/2025, and the person was arrested on *(date)* 6/16/2025
at *(city and state)* PORTLAND, OR.

Date: 6/16/2025

*Arresting officer's signature*

BRENT CRONCE, FBI SPECIAL AGENT
*Printed name and title*